IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GRENNELL SELECT INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 05-4178-JLF |
| ) | |
| **BRETT GLODO, JR., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

Before the Court is plaintiff's motion for default judgment against defendants Larry Keown and Brett Glodo, Jr. (Doc. 26). On December 19, 2005, this Court issued an oral order mooting the motion as to Larry Keown and noting that the portion of the motion pertaining to Brett Glodo, Jr. remains pending (Doc. 35).

On January 25, 2006, the Clerk of Court issued a Notice of Errors And/Or Deficiencies, (NEF), with regard to the portion of plaintiff's motion for default judgment that pertains to Brett Glodo, Jr. (Doc. 38). Plaintiff has not responded to the Notice. Accordingly, it is hereby **ORDERED** that plaintiff's counsel submit a proposed order in accordance with the Clerk's Notice (Doc. 38) on or before February 27, 2006.

**IT IS SO ORDERED.**

**DATED:** February 9, 2006.

*s/ James L. Foreman*
**DISTRICT JUDGE**