IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRINNELL SELECT INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) BRETT GLODO, JR., BRIA GLODO, ) TERRY L. ERNSTING, and LARRY ) KEOWN, ) ) Defendants. ) | CIVIL NO. 05-4178-JLF |

### DECLARATORY JUDGMENT

In accordance with the Memorandum and Order entered this day, the Court **DECLARES** that:

1. Grinnell Select Insurance Company has no duty to defend Brett Glodo, Jr., in the underlying state court lawsuit filed in Jackson County, Illinois, for injuries caused as a result of the accident on November 21, 2004; and

2. Grinnell Select Insurance Company has no duty to indemnify Brett Glodo, Jr. in the underlying state court lawsuit filed in Jackson County, Illinois, for injuries caused as a result of the accident on November 21, 2004.

Judgment is entered in favor of defendants and against plaintiff. This action is dismissed with prejudice.

**NORBERT G. JAWORSKI, CLERK**

September 12, 2006            By: s/ Melinda S. Duncan
*Date*                                   **Deputy Clerk**

Approved: s/ James L. Foreman            EOD:  9/12/06   msd
         *District Judge*